Pp. 2 #

U.S. DISTRICT COURT

EASTERN DIST. OF NEW YORK....

BROOKLYN....

Civil Docket For CASE **CV-14-7108** 1

DATED: NOV. 30, 2014....

BARLOW, V. ATTY. RANDY ___ MASTRO, ETAL

ASSIGNED TO U.S. JUDGE ___

REFERRED TO: MAGISTRATE

CAUSE: 42:1983 @ 1965. Civil Registrey

KUNTZ, J.

☐ ORIGINAL

RECEIVED
DEC - 2 2014
PRO SE OFFICE

PLAINTIFF......

Clinton C. Barlow, III, ACTING Pro-se.

P.O. BOX 2134. --

V.

TRENTON, N.J. 08607 ;

DEFENDANT (S),

Atty. Randy ___ MASTRO, ESQ. % GOVERNOR...

N.J. GOVERNOR Chris Christopher Christie, ESQ.

N.J. S.D.A. CEO Charles A. McKenna, ESQ.

N.J. S.D.A. Official (% T.C.H.S) MANNY DA SiLVA...

N.J. TRENTON Board of Education Attorney....

N.J. T.B.E. Purchaser Agent Georgette Bowman,

N.J. T.B.E Superintendent DR. FRANCISCO DURAN

N.J. TRENTON MAYOR ERIC JACKSON, City of Trenton.

% N.J. T.B.E. 108 N. Clinton Ave. Trenton N.J. 08608

% N.J. TRENTON City HALL, 319 E. STHE ST., Trenton, N.J. 08608

% N.J. S.D.A., 32 E. FRONT Street, P.O. BOX 991,....

TRENTON, N.J. 08625, 0991 in % CORP. ATTORNEY. -

MR. RANDY ___ MASTRO, ESQ., ATTY AT LAW..."

LAW OFC. OF GIBSON DUNN, Address of....

200 PARK AVE., N.Y., NEW YORK, 10466, ETALS

"Mr. Clinton C. Barlow, III, N.J.H.I.C. Contractor
P.O. Box 2134, Trenton, N.J. 08607,
                              Pro'se Plaintiff....

        -V-

State of N.J. County of Mercer, in the city of
Trenton, Trenton Board of Education Superintend,
Attorney Randy Mastro, Esq., of N.Y.,"
N.J. Governor Christopher Christie, Esq.
N.J. S.D.A. CEO Charles B. McKenna,
N.J. S.D.A. Official (% T.C.H.S.) Manny DaSilva
N.J. Trenton Board of Education, Attorney...."
N.J. T.B.E. Purchase Agent Georgette Bowman,
N.J. T.B.E. Superentendent Dr. Francisco Duran,
N.J. Trenton Mayor Eric Jackson, City of Trenton,
N.J. Trenton City Council Bd. Members, And...
Trenton Bd. of Education 108 N. Clinton Ave.
Trenton, N.J. 08609 And Trenton City Hall at...
319 East State Street, Trenton, N.J. 08608, And
% N.J. S.D.A.: 32 E. Front Street, P.O. Box 991 #,
          Trenton, N.J. 08625-0991, Etal's
                    Defendants


        "Emergent Application Motion"
Pursuant to Fed. Rules Civil Proc., Please Now...
Accept And File This Emergent Federal Court
Application to Stay Injunction Against State
of N.J. S.D.A., T.B.E. Construction Demo Project,
Until I, Mr. Clinton C. Barlow, III, Can Rightfully
Retrieve All Old Junk From T.C.H.S. Bldg."

Case 1:14-cv-07408-WFK-CLP Document 2 Filed 12/8/2014 Page 3 of 41 PageID #: 3

UNITED STATES FEDERAL DISTRICT COURT, JUDICIARY ACT OF CONGRESS ACT OF 1789 CAPTIONED AS:

MR. CLINTON C. BARLOW, III, PLAINTIFF
V.
Atty RANDY ___ MASTRO, ESQ., N.J. GOVERNOR
Chris (Christopher) Christie, ESQ., N.J. S.D.A.
CEO Charles A. McKenna, ESQ., N.J.S.D.A.
% (T.C.H.S.) MANNY DA SILVA, Trenton BOARD
OF Education, Attorney, N.J.T.B.E. Purchaser
Georgette Bowman, N.J.T.B.E. Superintendent
DR. FRANCISO DURAN, N.J. TRENTON MAYOR,
ERIC JACKSON, City of Trenton, DEFENDANTS

"STATEMENT OF CLAIMS"

"NOTICES ARE HEREBY GIVEN to THE U.S.
President B. Obama, N.J. STATE GOVERNOR
Chris Christie, ESQ. N.J. Mercer County
Executive BRIAN HUGHES, N.J. Trenton city
MAYOR ERIC JACKSON, BOTH U.S. And N.J.
SENATORS, County Freeholders, Trenton School
Bd. OF Educ., And City of Trenton COUNCIL
Members, That I, Mr. Clinton C. Barlow, III
is Filing Several U.S. Federal Civil Rights,
Civil Torts And Breach of Contracts, Claims,
No Bidding Contracts AGAINST THE ABOVE
defendants FOR HUD Discrimination AGAINST
me, Mr. Clinton C. Barlow, III As of 10/30/14.

Case 1:14-cv-07108-WFR-CLW  Document 6  Filed 12/02/14  Page 4 of 41 PageID #: 4

"CONTINUE TO FILE"

## COUNT ONE

AS OF DATES OCT. 3, 10, 25, 31, NOV. 3, 10, 16, 21-14"
Atty. RANDY MASTRO, ESQ., his Client N.J. GOV.
Chris CHRISTIE, ESQ., N.J.S D.A. Atty. CEO CHARLES
B. McKENNA, And N.J. TRENTON Bd. of EDUCATION
did Committed Several Civil TORT Acts of.
HUD DISCRIMINATION, BREACH Of CONTRACTS,
F.T.C., And N.J. CONTRACT Bidding VIOLATIONS
By FAILING to Accept, HONORA, And EXECUTE
My CONSTITUTIONAL DUE Process, to WAIVE.—
Contract Bidding PROCESS, That doesn't.—
Apply to me, MR. Clinton C. BARLOW, II (No)
Because I Am doing Junk Collection in (N.J)
TRENTON CENTERAL HighSchool For Free."

## "COUNT TWO"

UNDER N.J. Case of CARNEY, INC. V. City of.
TRENTON, 562 A.2d 807 N.J Super. CT. APP. DIV.
1988), PRECENDENTIAL STATE APP. Case, CITE
AS 562 A.2d 807, 235 N.J. Super. 372, And
N.J. STATE CONTRACT Bidding LAWS, N.J.S.A.
A-40A: 11-1. ET. SEQ. Bidding doesn't Apply to
Me, Because I Am Collecting Junk FOR.
FREE To GIVE half of Junk PROFITS To A
T.C.H.S. School Program, And School And
Junk is Owned By N.J. TAX PAYERS;"
42 U.S.C. Section 1983, Color of (STATE) LAW,
MONROE V. PAPE, 365 U.S 167, 187, (1961) Sec. 1983;

"Count Three"

"As of Same dated, State defendants..
Are Repeatedly failing to Respond Back
to me, and failing to mediate case,"
The only N.J. State Agency who tried to
Amediate Dispute case was the N.J.
State Dept. of Community Affairs, Bldg.
Code inspection," But, N.J.S.D.A. CEO,
And Trenton Bd. of Education are..
failing to Reply, Respond, And Answer
my Disputed Claims, of Civil Torts."
"State is violating my Due Process."


"Count Four"

"In Support of my Several writ of Petitions
That was addressed to Governor's Atty...,
N.J. Governor Christie, N.J. C.E.O. of the
N.J. School Development Authority Charles B.
McKenna, And Trenton Mayor Eric Jackson,
c/o Trenton School Board Superintendent
And Board Members," I am filing a U.S
Federal motion Before the U.S Judge to
force them to Respond Back to me, and
make me an offer of Settlement' Before
we attend a N.J. State Court Trial, or
A N.J. State Admin. Law Hearing,"
As well as a Hearing Before the N.J.
State Court Appellate Div. Court."

Case 1:14-cv-07108-WFK-CLP Document 1 Filed 12/02/14 Page 6 of 41 PageID #: 6

"I Am Asking For The Same No bid contract, Like N.J. Governor Christie's Friends of.... Hammerman & Gainer, inc. And H.G.I. did... Recieved a Total Amount of $ 780 million... But I Know That, That's not That much... Profit in Junking Recyables"

But if N.J. Governor Christie did.... Gave his Cronies, Friends That much... Money in Return for their Donation to The B.C.R. I Deeply feel That, MR. N.J. Governor And N.J. S.D.A. C.E.O. Charles B. McKenna, can Administratively And Executively Grant... me, MR. Barlow III, A Non-Bidding Waiver... "So That I can Retrieve And collect old junk from T.C.H.S. Before Demo-Bidding starts... in The Spring of 2015 at T.C.H.S."

"And if We can Work This Problem out... Before That Time, We wont have no... More Legal Disputes, That I can.... Promise you Before Court of Law."

Because I dont Like Going to State or... Federal Courts "All The Time But if I... Need to Protect my Civil Rights.., Equal Rights And Due Process of Law "I Will Go Right to Fed. Court."

## "Count Six"

"Pursuant to Carney, Inc. v. City of Trenton, 562 A.2d 807, N.J. Super. Ct. App. Div. 1988, Cited As: 562 A.2d. 807, 235, N.J. Super. 372, Temp. Injunction Against Enforcement of. (N.J.) State Statute, Bidding Contracts. -- to Be heard Before A Three Panel Judges."

## "Count Seven"

"N.J. T.B.E. Employee Named Georgette Bowman Falsely Stated to me, That The several Notices of Admin. And N.J. Court Appeals Notices- Were Notices of Harassments to you and hea Staffs, That's A Tortous Statement That She made Against me," That's why I Plan to sue hea And School Board."

## "Count Eight"

"N.J Trenton Bd. of Educ. Inc. City of Trenton Atty. And N.J State Schools Development- Authority C.E.O., Inc. is All Failing to Accept, File And Process (My Emergent Motion of Request(s) to Grant A Non Bidding Demo. Contract, Because Bidding doesn't Apply to me." Because All That I Am Trying to do is to. Enter into old School to Retrieve And to Collect old Junks From T.C.H.S. School Before it Goes out for Bidding in Spring 2015."

Case 1:14-cv-07109-WFK-CLP Document 1 Filed 12/02/14 Page 8 of 41 PageID #: 8

"Due to Several Conflict of interest, in U.S. D.C. of N.J. Federal Court, Mel Jackson," Especially, "And That The main Head Atty. .. Party Attorney Mr. Randy Mastro, ESQ, Lives And Resides in State of New York, I do.. Choose to File U.S. Federal Civil Action in Brooklyn, N.Y. Federal Court, of Law, yes Where I Can Get Equal Treatment... And Fair Due Process of Fed. Law."

"I did Served All Parties A Copy of.. This Fed Civil (TORT) Civil Action, yes, On date of Nov. 24, 2014" By Fed. Law,"

"And This Federal Civil Action injunction is to Support, My Temp. State Civil Action That I have Still Pending Against the Named N.J. State And City of Trenton INC., Corp. Government employees whore Still Hud Discriminating Against.. me. Mr. Barlow, III, By Failing to.. Accept, Honor And Process my Waiver of Request to Waive Bidding Process, Because State School Bidding doesn't Apply to me," Because I Am doing... And Collective Recyables School Junk, For Free," Before Demo. Bidding Starts in Comming Spring of 2014," The State And City of Trenton, And Trenton Bd. of Education is Hud Discriminating Still."

Nov. 24, 2014

EMERGENT WRIT

ATTN:
HON. PETER TOMKA, PRES. JUDGE, I.C.J., U.N. ...
INT'L. WORLD COURT OF JUSTICE, PEACE PALACE, CARN.
PLEIN 2, 2517 K.J., THE HAGUE THE NETHERLANDS,

ATTN:
HON. CHF. JUSTICE JOHN. G. ROBERTS, JR., U.S.S.C.,
OFC. OF THE CLERK, WASH. D.C. 20544;

ATTN:
HON. CHF. JUDGE CAROL B. AMON, CHF. JUDGE OF.
U.S.D. C. E.D. OF N.Y., OFC. OF THE CLERK, 225 CADMAN
PLAZA E., BROOKLYN, N.Y., N.Y. 11201

ATTN:
HON. CHF. JUDGE TIMOTHY C. STANCEU, CHF. JUDGE OF
UNITED STATES COURT OF INT'L. TRADE ....
1 FEDERAL PLAZA, N.Y. N.Y. 10278-0001

IN RE: MR. CLINTON C. BAZLOW, III, PRO SE,
        P.O. BOX 2134, TRENTON, N.J. 08607, PLAINTIFF.
                V.
N.Y. ATT'Y. RANDY MASTRO, CHRIS CHRISTIE, ESQ.
CHARLES B. McKENNA, TRENTON MAYOR E. JACKSON
MANNY DA SILVA, GEORGETTE BOWMAN, DR. FRANCIS
RURAN, CITY OF TRENTON, TRENTON SCHOOL BD...,
AND STATE OF NEW JERSEY, ETAL'S ........
                        DEFENDANTS

COVER
PAGE
A-1

:Emergent Petition

ATTN:
The Hon. Chf. Judge Carol B. Amon, U.S.D.J.,
U.S. District Court, E. Dist. of N.Y.,
225 Cadman Plaza East, Brooklyn, N.Y.
11201,

Assign Fed. Case to a Trial Judge And a U.S. Fed.
INRE: __Magistrate Judge, Your Honor!__
Mr. Clinton C. Barlow, III v. Atty. Randy Mastro,
Chris Christie, Charles B. McKenna, N.J. S.D.A.,
Trenton Mayor Eric Jackson, N.J. Trenton Board of
Education, in ℅ Atty Randy Mastro, Esq. etal's


Dear Hon. Chf. Judge C.B. Amon, U.S.Tr.C.Ch.J.,
Madam:
   Pursuant to Fed. R. Civ. Proc. And Sec. §2283,
2 [4], Vendo Co. v. Lektro-Verd Corp, 433 U.S. 683,
97 S. Ct. 2881, I, Mr. Clinton C. Barlow, is now
Filing An Emergent Stay in Aid of N.J. State
Court's Jurisdiction [?] Moore's Fed. Practice
§121.07, to Enforce Temp. Stay of Injunction
Against Both N.J. Trenton Bd. of Education
And N.J. School Development Authority etc,
To Stop Demolishing Construction Setforth
In Spring of 2015, Until I Can Enter into
T.C.H.S. to Retrieve And Collect All of
Schools Recyables) Junk "By N.J. State Law,",

STATE OF NEW JERSEY

# SCHOOLS DEVELOPMENT AUTHORITY

32 EAST FRONT STREET
P.O. BOX 991
TRENTON, NJ 08625-0991
609-858-5395

November 10, 2014

Mr. Clinton C. Barlow, III
P.O. Box 2134
Trenton, NJ 08507

Dear Mr. Barlow:

Thank you for your letter dated November 6, 2014. Please know that the NJ Schools Development Authority will hire through a public and competitive process, a General Contractor for the demolition and remediation of Trenton Central High School. The General Contractor will be responsible for all remediation and demolition activities including possible salvage of recyclable materials. This contract is anticipated for award in the spring of 2015. At the time of award, the contact information of the winning bidder will be placed on our website at that time. I recommend that you check the website periodically should you wish to market your services directly with the winning bidder. In the interim, please know that you do not have permission by the NJSDA to enter the property for any reason. Should you be interested in receiving emails that notify the public of when upcoming advertisements are posted, please sign up for our mailing list at http://www.njsda.gov/CU/JoinOurMailingList.asp.

If you have any questions or would like further information, please do not hesitate to contact our office.

Sincerely,

Kristen MacLean
Director - Communications

cc: Manny DaSilva



**State of New Jersey**

DEPARTMENT OF COMMUNITY AFFAIRS
101 SOUTH BROAD STREET
PO BOX 818
TRENTON, NJ 08625-0818

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

RICHARD E. CONSTABLE, III
*Commissioner*

November 4, 2014

Mr. Clinton L. Barlow, III
Post Office Box 2134
Trenton, New Jersey 08607

Re:   Trenton High School
      Collection of Recyclables

Dear Mr. Barlow:

This is in response to your letter concerning the above referenced matter. You are advised that although the Schools Development Authority is demolishing the property, the property is still owned by the City of Trenton. Accordingly, the issue of access must be taken up with the City as the Division of Codes and Standards and the Schools Development Authority have no jurisdiction over property maintenance/pre-demolition issues.

I hope this information is helpful to you. If you have any questions concerning the above, please do not hesitate to contact me at (609) 984-7672.

Very truly yours,

Robert S. Hilzer
Office of Regulatory Affairs

cc: Louis J. Mraw



*New Jersey is an Equal Opportunity Employer • Printed on Recycled paper and Recyclable*



### State of New Jersey
#### DEPARTMENT OF COMMUNITY AFFAIRS
101 SOUTH BROAD STREET
PO BOX 818
TRENTON, NJ 08625-0818

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

RICHARD E. CONSTABLE, III
*Commissioner*

November 10, 2014

Mr. Clinton L. Barlow, III
Post Office Box 2134
Trenton, New Jersey 08607

Re:     Trenton High School
        Collection of Recyclables

Dear Mr. Barlow:

This is in response to your letter and documents concerning the above referenced matter. As previously indicated to you in my letter last week, the Office of Regulatory Affairs has no jurisdiction over your access to the Trenton Central High School demolition site. You must take this issue up with the City of Trenton as I again indicated in my previous letter.

I hope this information is helpful to you. If you have any questions concerning the above, please do not hesitate to contact me at (609) 984-7672.

Very truly yours,

Robert S. Hilzer
Office of Regulatory Affairs

cc: Louis J. Mraw



*New Jersey is an Equal Opportunity Employer • Printed on Recycled paper and Recyclable*



# State of New Jersey

**CHRIS CHRISTIE**
*Governor*

**KIM GUADAGNO**
*Lt. Governor*

DEPARTMENT OF EDUCATION
PO Box 500
TRENTON, NJ 08625-0500

**DAVID C. HESPE**
*Acting Commissioner*

November 18, 2014

**PETITIONER/ATTORNEY**
Clinton Barlow, III, *Pro Se*
P.O. Box 2134
Trenton, NJ 08607

**RESPONDENT/ATTORNEY**
Board Secretary
Trenton Board of Education
108 North Clinton Avenue
Trenton, NJ  08609-1014

Dear Parties:

CLINTON BARLOW, III V. BOARD OF EDUCATION OF THE CITY OF TRENTON, MERCER COUNTY

Agency Dkt. No.:  __331-11/14__   Document filed by:  __XX__ Petitioner   _____ Respondent

This will acknowledge receipt of the following document(s) filed with the Commissioner on November 17, 2014 in the above-captioned matter:

__XX__  Petition of Appeal
    *N.J.A.C. 6A:3-1.5*, requires respondent within 20 days from receipt of Petition to file an Answer with proof of service upon petitioner.

__XX__  Documents submitted with phone number.

__XX__  Proof of Service

__XX__  Verification or Certification

_____  Residency Appeal -- *SEE BOX AT RIGHT*

_____  Answer -- Transmitting to OAL

_____  Motion for Emergent Relief

_____  Other _____

| RESIDENCY APPEALS ONLY |
|---|
| Where a petition of appeal is filed pursuant to *N.J.S.A.* 18A:38-1 (residency dispute), no child shall be denied admission to the district during the pendency of proceedings.  However, if in the judgment of the Commissioner the evidence does not support the claim of the petitioner, the Commissioner shall assess the petitioner tuition for the student prorated to the time of the student's ineligible attendance in the schools of the district.  Orders assessing tuition are enforceable in Superior Court. |
| Pursuant to *N.J.A.C. 6A:3-8.1*, *pro se* petitioners may effect service through the Bureau of Controversies and Disputes.  Upon receipt of any *pro se* residency appeal which has not been served on the Board, the Bureau will transmit to the Board, together with this acknowledgement, a copy of the letter petition via fax, whereupon the Board is considered served for purposes of obligation to answer the petition and effectuate the child(ren)'s attendance. |

A REVIEW OF THE PLEADINGS REVEALS THE FOLLOWING INFORMATION HAS NOT BEEN PROVIDED.  PLEASE NOTE AND FILE WITH THIS OFFICE:

_____  No proof of service included (*N.J.A.C. 6A:3-1.3*).   _____  No notarized verification (*N.J.A.C. 6A:3-1.4(a)*).

_____  Other: _____

*THIS MATTER MAY NOT MOVE FORWARD IF ABOVE-SPECIFIED DEFICIENCIES REMAIN UNADDRESSED.*  If you have any questions, please contact this office at (609) 292-5706.

**_PLEASE NOTE:_** SUBMISSIONS MAY BE MADE BY FAX **ONLY WITH THE PRIOR CONSENT OF THE DIRECTOR** and only under extraordinary circumstances where over ten (10) pages. *Please contact the Bureau at (609) 292-5706 to obtain permission prior to faxing documents.*

M. Kathleen Duncan, Director
Bureau of Controversies and Disputes

MKD/JKH/kk:o/acknowl pet/cbarlow

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*



**FILED**

NOV 1 9 2014

CLERK

### Supreme Court of New Jersey
### Single-Justice Disposition on Application for Emergent Relief (*Rule* 2:9-8)

Case title: Clinton C. Barlow, III v. Trenton Board of Education

Supreme Court docket number: S-26-14 (075231)

Appellate Division docket number (if available):

Applicant's name: Clinton C. Barlow, III

**The applicant's request for permission to file an emergent motion and any related request for a temporary stay or other relief pending disposition of an emergent motion are DENIED for the following reason(s):**

☑ 1. The matter does not concern a genuine emergency or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Superior Court, Appellate Division in the ordinary course.

☐ 2. The Appellate Division has entered an order or judgment, and the matter is not emergent or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Supreme Court in the ordinary course.

☐ 3. The application concerns an order entered during or on the eve of trial as to which there is no prima facie showing that immediate interlocutory intervention is required. The applicant may file a regular motion in the appropriate court for review in the ordinary course.

☐ 4. The applicant must obtain a signed order or disposition from the Appellate Division before requesting relief from the Supreme Court.

☐ 5. Other: _____

Date: 11/19/2014     By: _____

Name: Justice Lee A. Solomon

The foregoing is a true copy
of the original on file in my office.

**CLERK OF THE SUPREME COURT**
**OF NEW JERSEY**

Revised: 07/13/2012, CN: 11642                                   page 1 of 1

# SUPERIOR COURT OF NEW JERSEY
## APPELLATE DIVISION

JOSEPH H. ORLANDO
CLERK

JOHN K. GRANT
DEPUTY CLERK

JACK G. TRUBENBACH
CHIEF COUNSEL



RICHARD J. HUGHES JUSTICE
COMPLEX
P.O. BOX 006
TRENTON, NEW JERSEY  08625-0006
(609) 292-4822

Date:  November 19, 2014

CLINTON C BARLOW
PO BOX    (2134)
TRENTON, NJ 08607

Re:  CLINTON C. BARLOW, III V. TRENTON BOARD OF EDUCATION, NEW JERSEY
SCHOOL DEVELOPMENT AUTHORITY

Dear Clinton C Barlow,

We are returning herein, unfiled, your Notice of Motion for Leave
to Appeal in the above matter due to the following:

☒    Failure to submit a Brief and Appendix in support of the Motion
for Leave to Appeal as required by R. 2:5-6 and 2:8-1.  Please
note that the Order/Decision you are appealing must be included
in your Appendix.

☒    The format of your Brief must comply with R. 2:6-10, which
provides that each page shall contain no more than 26 double-
spaced lines of no more than 65 characters, including spaces, and
a type of no less than 10-pitch or 12-point.  Please

☒    Failure to submit the $50.00 filing fee or a **Notice of Motion to
Proceed as an Indigent**.  The motion must be supported by a
Certification explaining why you feel you are entitled to the
relief requested.

☒    Other:  When filing a Motion for Leave to Appeal an interlocutory
matter a Notice of Appeal is NOT required, and should not be
filed unless the Motion for Leave is granted.  Please do not
resend the Notice of Appeal when you are filing the Motion for
Leave to Appeal.

*PLEASE NOTE THAT MY CORRECT ADDRESS IS. - - -*
*P.O. BOX 2134, TRENTON, N.J. 08607,*
*SEEKING AN EMERGENT STAY OF AGENCY ORDER."*

If the deficiencies noted above are corrected and the original Notice of Motion for Leave to Appeal resubmitted within 10 days, the motion will be filed as of the original received date.  Please return the copy of this notice with the motion to facilitate handling and serve a copy on all parties.


                    JOSEPH H. ORLANDO
                    CLERK



/mpw
Enclosure:  Motion for Leave to Appeal Kit
cc:  Department of Education
     Attorney General-Civil
ADMIN-07

"PLEASE GRANT me UNTIL DEC. 4, 2014. . .
To PREPARE AND Submit my LEGAL BRIEF. . .
That ONLY CAN BE WRITTEN in hand WRITTEN"
So That I MAY Address THE APP. Div. CoURT
AND I do PLAN to FILE LEAVE To APPEAL. . .
BECAUSE LOWER COURT is NOT Fulley done "
"AND I did Searved All PARTIES By U.S. MAiL."
                              Thank you "
                         Clinton C. Barlow, III
                         Mr. Clinton C. Barlow, III
                         P.O. Box 2134, Trenton,
                                N.J. 08607

cc/ N.J. STATE Att. GENERAL'S OFe,
  N.J. STATE School Development Authority
  N.J. TRenton BOARD OF EDUCATION INC.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. **(2)**

**(1)**
MR. CLINTON C. BARLOW, III
P.O. BOX 2134, TRENTON, N.J.
08607

CLINTON C. BARLOW, III

**(3)**
TRENTON Bd. OF EDUCATION
N.J. SCHOOL Development Authority
ETAL'S

TO: · **(5)** TRENTON Bd. OF EDUC.
· N.J. School Devlp. Authority
· N.J.T.B.E. Attorney . . . . .
· N.J. STATE Governor Christie,

" MOTION FOR LEAVE to APPEAL,
GRANT indigency And to Temp. STAY
of T.B.E. And N.J.S. D.A. Orders . . .
MORE Time to PREPARE BRIEFS. And
VACATE N.J. AGENCY'S Order "
STATE is Violating My DUE Process."

NOTICE OF MOTION FOR **(4)** FOR LEAVE
to APPEAL, and to STAY T.B.E. And
N.J.S.D.A. to WAIVE Bidding Process
· Because I Am Collecting Junk
· FOR Free, doesn't Cost N.J. TAX
· PAYERS, A dime; MOTION to . . .
· Set Forth A MEDIATION hearring
· STATE is Failing to WAIVE MY
· Contract Bidding Process,
· Because My Work is for Free."

PLEASE TAKE NOTICE that the undersigned hereby moves before the
Superior Court of New Jersey, Appellate Division, for an Order **(6)**
" To Temp. STAY N.J. AGENCY Denieng me A WAIVER of Bidding, "
to RETRIEVE And Collect Junk from T.C.H.S. Before it's Demo in Spring 2015

In support of this motion, I shall rely on the accompanying brief. **(7)**
**(8)** NOV. 24, 2014                           **(9)** Clinton C. Barlow, III
(Date)                                                    (Signature)

**(10)** Clinton C. BARLOW, III

I hereby certify that I am mailing or delivering the original and four copies
of this notice of motion and accompanying brief to the Clerk of the Appellate
Division and mailing or delivering two copies of same to the following:

**(11)** TRENTON Bd. OF EDUCATION,
N.J. School Development Authority,
N.J. City of TRENTON Attorney
N.J. STATE Atty. General,

**(12)** NOV. 24 2014          **(13)** Clinton C. Barlow, III
(Date)                                         (Signature)

**(14)** Clinton C. BARLOW, III

" I'M ASKING FOR MORE Time to PREPARE LEGAL BRIEF. "

**CERTIFIED STATEMENT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED AS AN INDIGENT**

PLEASE PRINT OR TYPE ALL INFORMATION

(1) Name _Clinton C. Barlow, III_          Phone # _609-373-9202_

Address _P.O. BOX 2134 # Trenton, N.J. 08607_

Date of Birth _3-27-63_          Number of Dependents _1_

**EMPLOYMENT**

(2) Employed By _(NONE)_

Position _∅_          Monthly Salary $ _∅_

**ASSETS** (Attach additional sheets if necessary)

(3) Other Income (Source and Monthly Amount) _∅_

(4) Checking/Savings Accounts (Name of Banking Institution and Present Balance) _NONE_
_N/A_

(5) Real Estate (Address, Present Value and Equity) _NONE_
_N/A_

(6) Personal Property (Item and Present Value) _NONE_

(7) Auto/Truck/Motorcycle (Year, Make and Present Equity) _(Old Ford Mercury 1996)_

(8) Other Assets (Type and Present Value) _NONE — N/A_

**LIABILITIES** (Attach additional sheets if necessary)

(9) Mortgage/Rent/Halfway House  Payment Per Month $ _500.00_          Mortgage Balance $ _∅_

(10) Outstanding Loans (Nature and Present Balance) _Filed Chpt. 7 BANKR._

(11) Credit Cards (Name and Present Balance) _Filed Chpt. 7 BANKR._

(12) Other Liabilities (Type and Present Amount) _Filed Chpt. 7 BANKR._

(13) SET FORTH ANY OTHER RELEVANT INFORMATION CONCERNING YOUR FINANCIAL CIRCUMSTANCES:
_This Non Bidding Hud Discrimination Case made me spend more money that I cant afford;_

**CERTIFICATION IN LIEU OF OATH (COURT RULE 1:4-4(b))**

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.  I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

(14) Signature _Clinton C. Barlow, III_          Date: _Nov. 24, 2014_

11 - 24 - 14

ATTN:
MR. RANDY MASTRO, ESQ.
Atty. For GOVERNOR CHRISTIE'S
George WASH.'S Bridge Probe,
N.Y. LAW OFR. OF GIBSON DUNN,
200 PARK AVE., N.Y., N.Y. 10166

FAX.
609 - 292 - 3454
N.J. GOVERNOR'S FAX NO.

IN RE: I, CLINTON C. BARLOW, III, A N.J. CONTRACTOR, . . .
PLAN to SUE YOU And GOVERNOR CHRISTIE, Extmr. U.S. Atty.
And S.D.A. CEO Extmr. Asst. U.S. Atty. Charles B. McKenna,
IN The U.S. DISTRICT COURT, FOR Failing to Respond
BACK to me, MR. BARLOW, III, to ENTER into N.W. TRENTON
CENTRAL High School to Retrieve And Collect old Junk,"
That's owed By The TAX PAYERS of New Jersey."
LAST Week, N.J.D.C.A. hAS Advised me That, But The. -
PROperty Bldg is still owned By The City of TRENTON,"
But MR. C.E.O. Charles B. McKenna is still Refusing,
And DISREGARDING, MY Request to Get into School WAY..
Before its Demo. Bidding Process STARTs in SPRING, 2015.
BECAUSE Contract Bidding doesn't Apply to me, No..
I AM Collecting Junk FOR FREE," That's All I WANT, And
to DONATE PART of MONEYS to T.C.H.S. PROGRAM."
P.S. I, Need AN URGENT Apply, BECAUSE YOU ARE The. . .
N.J. GOVERNOR CHRISTIE'S PRIVATE LAW Attorney."

xClinton C. B... III
MR. CLINTON C. BARLOW, III
P.O. BOX 2131, TRENTON, N.J.
08607

c/. The Hon. Governor CHRISTIE,
c/. Hon. N.J. D.C.A. Comm'R. R.E. CONSTABLE,
c/. Hon. N.J.S.D.A. CEO Charles B. McKENNA,
c/. Hon. N.J. STATE Atty. Gen John Hoffman.

NOV. 24th a. '14
FAX No 609-292-3454

ATTN:
The Hon. Chris J. Christie, Esq.
N.J. State Exec. Governor's Office,
State House, P.O. Box 001,
125 W. State Street, Trenton, N.J. 08625-0001

IN RE: I, Clinton C. Barlow, III, N.J.H.I.C,
Planning to enter into T.C.H.S. Bldg, Before
it's Condemned By Spring of 2015, "So That
I Can Donate Part of Moneys From Junk to
A T.C.H.S. School Program For Free, But "I,"
Deeply Feel That I am Being Disregarded,
By Your N.J. S.D.A. CEO Charles B. McKenna,
Who's Also An Ex Fmr. 21.S. Atlny For U.S.D.O.J.
What Recyable Junk That I Plan to Collect,
doesn't Cost You, Mr. Governor, or S.D.A. or
Because I did The Same Project Before in
Ewing, twp N.J. "Just Check with Attorney.
Rocky L. Peterson, who's Ewing twp. Corp. Atty."
Please Get me into Collect Junk, Mr. Governor,
Thanks All I Want is The Junk."

Please Respond And
Thank You..
Clin       C. Bar
Clinton C. Barlow, III
P.O. Box 2184
Trenton N.J. 08607

*NOV 17 2014*

*NEED ENGINEER'S REPORT*

ATTN:

The Hon. Chris J. Christie, N.J. State Governor,
Hon. Richard E. Constable, III, N.J. State D.C.A., And
Hon. Edward M. Smith, N.J. State D.C.A., Div. of Codes And
Standards, 101 S. Broad Street, P.O. Box 802
           Trenton, N.J. 08625-0802

        * Need a Copy of T.C.H.S (ENG) Engineer Report
        · In re: I, Mr. Clinton C. Barlow, III,
        · is Planning to Enter into (T.C.H.S.)
        · Trenton Central High School Before
        · "It's to be Demo. in Spring, 2014"
        · But I Plan to Retrieve and Collect
        · All Recyables Junk From Empty School,
        · But Both Trenton School Board...
        · Engineer inspector And N.J. S.D.A.," is
        · Failing to Give me Copy of Engineer's
        · Inspection's Report, to See What Part
        · of Bldg is Safe to Enter to Collect
        · And Retrieve my School's Junk."
        · Please Urgent Respond to my Requests."

              Very Truly Yours,
              _Clinton C. Barlow, III_
              Mr. Clinton C. Barlow, III
              P.O. Box 2134, Trenton, N.J.
                                     08607

CC; Atty's Attrny. Randy Mastro, Esq.
Robert S. Hilzer, Esq. D.C.A.
Louis J. Maaw, D.C.A.
John Hoffman, N.J. State Atty. General,
Charles B. Mckenna, N.J.S.D.A. CEO

ATTN:
The Hon. N.J. Governor Chris Christie, ESQ.
And The Hon. N.J. Trenton City Mayor Eric Jackson,
City Hall, City of Trenton, 319 E. State Street....,
Trenton, N.J. 08608;


INRE: I, Mr. Clinton C. Barlow, III A New Contractor is
Planning to Enter into Trenton Central High School, to
Retrieve And Collect All old Junk Recyables. Before,
A Bidding Contraction Construction, Recieves Bidd...
to Demolish T.C.H.S. Bldg in Spring of 2015."
Mr. Mayor Eric Jackson, All That I Want to do is..
Retrieve And Collect old Junk, So That I Can Then...
Donate Part of Moneys to A T.C.H.S School Program."
it is Owned By Tax Payers And Trenton School Board."
I've Should Nt have to Sue, City of Trenton School Bd And
N.J. School Development Authority For old Junk." 
its Time That Government Corps That Stop unJustly.
Hud Discriminating Against Trenton City Blacks."
That's Why I Am Getting U.S. Hud involve to Review
And Investigate Why Blacks Are Being Violated."
Mr. Mayor Jackson, Sir Can I have your Comment."

" Truely Your's "
Clinton C. Barlow, III
Mr. Clinton C. Barlow, III
P.O. Box 2134, Trenton,
N.J. 08607

C/.Encld.;
C. Hon. N.J. Governor Chris Christie,
C. Hon. N.J. Mercer County Exec. B. Hughes,
Hon. U.S. President B. Obama, W.H.,
Hon. N.J. R.C.A. C., D. Dired.Smith.,
Hon. N.J. Trenton School Superintedent

FAX No. _____

ATTN:
The Hon. N.J. Governor Chris Christie,
The Hon. N.J. County Exec. Brian M. Hughes,
N.J. Mercer County McDade Admin.
640 S. Broad Street, Trenton, N.J. 08650

IN RE: I, Mr. Clinton C. Barlow, III, N.J. Contractor,
is Planning to Enter into T.C.H.S. Bldg, to Retrieve,
And Collect Old Junk Recyables, Before The S.P.A.
Bidds Demo out to A Bidding Contractor, "in Spring of 20..
And I, Mr. Barlow, III Needs to Know From Mercer County
Executive, And County Counsel Atty. Art. Sypek, Jr.
"I Want to Know What Role does Mercer County Plays"
in The Trenton Central High School Demo. Project?
Mr. Hughes, Can you sir, And your Legal Counsel....
"Look into This Matter For me, Mr. Barlow, III!"

                    "Thank you And Please..
                    Respond Back to me, Sir!
              x  Clint C. Barlow, III
                    Mr. Clinton C. Barlow, III
                    P.O. Box 2134, Trenton, N.J.
                              08607

# Encld. :
° The Hon. N.J. Governor Chris Christie, Esq.
° The Hon. N.J. Trenton Mayor Eric Jackson,
° The Hon. U.S. President Barack Obama, W.H., % 2 U.S. HUD Secty
° The Hon. 2 U.N. Secty General Ban Ki-moon, % U.N. World Court.
° Hon. N.J. State Atty. General John Hoffman, Esq.
° Hon. N.J. Mercer Counsel Counsel Art. Sypek, Jr. Esq.

ATTN:
N.J. STATE Realtor Commission,
50 W. STATE Street, Trenton, N.J. 08625

INRE : I, MR. Clinton C. Barlow, III, A H.I.C.,
Contractor, is HEREBY Filing Several HUD...
Block Burstering Civil Rights Complaints...
Against.... N.J. Trenton School Board of Educ.,
And involving...(N.J.) School Development Authority,
Commiting Breach of Contract, And HUD Discrimination,
By Failing to Grant me, MR. Barlow, III, A WAIVER,...
to Enter into T.C.H.S. School Bldg, to Collect And...
RETRieve Old Junk From Trenton ▆▆▆ Central High
School," Before A Bidding Contract is to Be Filed
And Process in Spring of 2014," But STATE Bidding
doesn't APPLY to me under Local Public Contracts
Law of P.L. 1971, C. 198 C. 40 A: 11-1 et seq. Case of...
Authority N.J. APP. Div. Court Case of CARNEY, Inc. v.
City of Trenton, 562 A. 2d 807 (N.J. Super. ct. App. Div. 1988.
Please urgently Look into This HUD Discrimination."

x Clinton C. Barlow III
MR. Clinton C. Barlow, III
P.O. Box 2134, Trenton, N.J.
08607

cc/. Encld.
U.S. HUD Secretary, Wash., D.C.,
N.J. STATE Governor's Ofc.,
N.J. STATE Atty. General,
N.J. STATE Education Dept.
N.J. Trenton Mayor's Office

ATTN:

The Hon. Governor Christie, Esq.
In C/o Hon. N.J. Atty. Gen. John Hoffman, Esq
State of N.J., Ofc. of The Atty General,
Div. of Law And Public Safety, Div. of Law.
H.J.C., 25 W. Market Street,
    Trenton, N.J. 08625;

INRE: I, Mr. Clinton C. Barlow, III, A N.J.H.I.C.
Contractor, is Seeking Part Permission Consent
From Both N.J. School Development Authority, CEO,
And Trenton School Board Of Education, to...
Enter into Trenton Central High School, to Collect...
And Retrieve old Junk Recyables Before, School is
To Be Demolished in Spring Of 2015," So That I Can
Donate Part Of Junk Profits to R.T.C.H.S. Program,"
But The N.J. S.D.A. CEO Charles B. McKenna, Esq. And
Trenton School Board is HUD Discriminating Against
Me, Mr. Barlow, III, to only Collect old Junk That,
Public Contract Bidding doesn't Apply to me under
N.J. App. Div. Court Case of 562 A.2d 807, N.J. Super. Ct.
App (1988) School is owned By N.J. Tax Payers, Not S.D.A.
Please Respond to me About What Authority do State
has in This Project?

                    " Truly yours,"
                    Clinton C. Barlow, III
                    Mr. Clinton C. Barlow, III
                    P.O. Box 2134, Trenton, N.J. 08607

C. Attorney Randy Mastro, Esq.
C. Hon. N.J. Governor Chris Christie, Esq.
C. Hon. N.J. R.C.A., R.C.O. Dir. ED. M. Smith
C. Hon. N.J. S.R.A. CEO Charles B. McKenna
C. Hon. N.J. Trenton Mayor Eric Jackson,
C. Atty of Trenton Attorney at Law

Nov. 13, 2011

# NOTICE OF EMERGENT APPLICATIONS "

ATTN:

The Hon. Chf. Justice or Assoc. Justice, N.J.S.S.C., Ofe. of Clerk, N.J. Supreme Court P.O. Box 970, R.J.H.C., 25 Mkt. St., Trenton, N.J. 08625

ATTN:

Honorable P.J.A.D. or Emergent App. Div. Judge, App. Div. Court, R.J.H.J.C., 25 Mkt. Street, Trenton, N.J. 08625,

ATTN:

Honorable Laura Sanders, Acting Director And Chf. Admin. Law Judge, N.J. State Ofe. of Admin. Law, P.O. Box 049, Trenton, N.J. 08625-0049, And N.J. State Educ. Dir. B.C.D. Dir. K. Duncan . . . .

ATTN:

Honorable A. N. Klowitz, Judge, J.S.C., Merca County, Super. Court, 175 S. Broad St., Trenton, N.J. 08625

INRE: C. Barlow III V. Trenton Bd. of Educ, et al's

N. J. State Superior Court . . . .
Appellate Division . . . .
Dkt. No. AM-
Motion No. M-
Before : Part _____ ;
Judge(s) _____ , _____ , _____ ,

M- TF UNDERSTAND THE OBJECTIVE Ot A LEGAL BRIEF,:

1. The MAIN PURPOSE OF A BRIEF is to Clearly And Concisely Convince, The STATE Court, MY views ARE Correct, Logical And REASONABLE."

2. ONLY Briefs That meet The REQUIRED CRITERIA ARE Reviewed, due to The high Volume The Court Recieves

3. MY BRIEF Will identify The issues. And PRESENT All Facts in a SYSTEMATIC MANNER. it Should BE Ruled And Reversed in MY FAVOR," BY N.J. STATE Supreme Court, And/or N.J. STATE APPellate DIV. Court,

4) "MY APPellate BRIEF is AN LEGAL WRIT. ARGUMENT That is to Be WRITTEN And Presented to This N.J. APPellate Court, The Purpose is To CONVINCE The COURT. To uphold or/and REVERSE an order or Judgement made By A LOWER Court in ERROR That violated MY CONSTITUTIONAL Rights of UNITEDSTATES, And NewJersey Pursuant to 1789 Judiciary Act of cong." And 1965 FEDERAL Civil Rights Act, That WAS PASSED By U.S. PResident Johnson. b/k/a DR. M.L.K., Jr. Fed. CivilRights ;

STATE OF NEW JERSEY

SUPREME COURT OF NEW JERSEY,
N.J. STATE APP. DIV. COURT,
N.J. STATE Admin. LAW (COURT) . . .
N.J. MERCER County SUPER, COURT. in SP .
N.J. STATE GOVERNOR EXECUTIVE'S APPEAL . . "

"C. BARLOW, III V. TRENTON Bd. OF EDUC,"
LEGAL BRIEF IN SUPPORT OF . . . .
PRO'SE Plaintiff's MOTION is in . . .
Aid OF LITIGANT'S Civil Rights. - -
Civil Tort, Breach of Contract, And . .
EQUAL Protection of Fed. LAW ;

"LEGAL TABLE OF Contents Pages."

1) CONSTRUCTION LIEN CLAIM . . . Pp. 3
2) LEGAL Merits To Support CASE . . Pp. 9
3) PRESENTATION OF Issues And FACTS . . . Pp. 5
4) City OF TRENTON, Corp is THE defendant Pp. 3, 5, 6
5) ARGUMENT . . . . . . . . . . . . Pp. 8, 9
6) EMERGENT APPLICATION to STAY WRIT. Pp. ____
7) 1st. Seeking EMERGENT STAY Before S.D.A. Pp. ____
8) NOTICE OF APPEAL To MERCER County COURT Pp. ____
9) NOTICE OF APPEAL To N.J. ADMIN. LAW, Pp. ____
10) 1965 Fed. Civil Rights Act of CONGRESS Pp. ____
11) NOTICE OF APPEAL to ALL PARTIES . . Pp. ____
12) . CONCLUSION . . . . -        Pp. ____

PLEASE TAKE-Special NOTICES That, I, Mr.
Clinton C. Barlow, III is Filing An emergent
Application to STAY, two N.J. STATE Agency's.--
Orders That were By, N.J. S.D.A And T.B.E,"
That Denies my Constitutional Rights.--
Due Process and Equal Protection And.---
Right to A Fair Hearing."


"But N.J. STATE Agencys had Errored.--
in Failing to Honor my Request, to Enter.--
into T.C.H.S. Bldg,"To Retrieve Junk, yes,"
Because N.J. STATE Bidding did not apply to
me," Because, I Am only Retrieving Junk,"
Fool free,"Am Not Charging A Fee."

"I Am Seeking An emergent of Demo,"
And Denial of my Request to Remove.--
Junk, Recyables From T.C.H.S. Bldg.--
Before its Demolished By a Bidding.
Construction Inc," And Both Agency's.--
ARE Hud Discriminating Against.---
Trenton City BLACK Residents,.

"I AM SEEKING An EMERGEnt.---
STAY of Denied Request By Both
N.J. S.D.A. AND Trenton Bd.of Educ,"

# CONSTRUCTION LIEN CLAIM...

Pp___ #

UNTIL I Am RightFully Gain Access...
And Permitted Permission to Enter...
into T.C.H.S. School Bldg. to Collect...
And Retrieve old Junk Receyables......
Pursuant To CONSTRUCTION LIEN LAW....
P.L. 1993, C. 318 (C. 2A: 44A-1 ET. SEQ) NOTICE.—

"I," MR. Clinton C. BARLOW, III is Now...
HEREBY Filing And Placeing An COURT
"order of inJunction Restraining order.
AGAINST: Trenton Bd. OF Education INC.
108 N. Clinton AVE, Trenton, N.J. 08609 And
AGAINST N.J. School Development Authority
32 EAST FRONT STREET, P.O. BOX 991, Trenton,
N.J. 08625-0991, "to Stop Any Public Bidding,
CONTRACTOR Demolishing WORK" UNTIL My,
Civil TORT claim, is Settled And Resolved."
......Located:
·Trenton CENTRAL High School BLDG.,
BLK.____, LOTT____ 400 Chambers STREET...
Trenton, N.J. 08608
"UNTIL I Am Permitted, to ENTER int School
Bldg, to START Junk Collection, So That
I CAN DONATE half oF Money to A
T.C.H.S. School Program, to help our
Mostly Black School STUDENTS, LIKE
DR. M.L.K. Jr, Tried to help AMERICA."

Pp. ___

## <u>PRELIMINARY STATEMENT</u>

"On The dates of Nov. 10, 2014, State of....
N.J. School Development Authority CEO And
N.J. Trenton Bd. of Education STAFFS had...
"UNCONSTITUTIONAL' Denied me, Mr. Barlow, III
Rights to Enter into Condemned T.C.H.S. etc.,
To Retrieve And Collect Old Recyables...
"Junks" Before Biding Contract Goes out
To The Public, Pursuant to N.J. STATE App....
Court Case of: CARNEY, INC. V. City of Trenton,
—562 A. 2d 807, (N.J. Super. Ct. App. Div. 1988).
Biding doesnt Apply to me, Under Case of....
CITATIONS: 562 A. 2d. 807, 235 N.J. Super. 372.

## "<u>Pending Petitions with Lower Courts</u>"

"As of dates ___ ___, 2014 And ___, 2014,
I did Filed An Education Admin. APPeal....
And A Civil Tort Breach of Contract Claim to
Restrain BOTH Trenton Bd. of Education...
And School Development Authority CEO.;...
From Contracting Job To Demo. Schools
Not until I Rightfully Retrieve And...
Collect All Junk From School For Free.
Because I Am A BLACK MINority U.S.,
CITIZEN Resident of TRENTON, N.J."....
N.J. CONTRA ct BiddinG Laws doesnt....
APPly to me, Because, I AM WORKing...
FoR Junk Collection Not Payments."

# "Statement of Facts And Procedural History"

Plaintiff is a N.J. Lic. H.I.C. Contractor...
of N.J., who Cleans out Houses And Bldg's...
of Recyables And Junk for owners for Free,"
I've Been doing This Kind of work...
Since 1989 Thru- Present of Dec. 1, 2014,
D.C.A. Stated that I don't Need Any Permit."

Now as of 10-31-14, I had Filed Several writs...
of Petition with Trenton Bd. of Education
And S.D.A., to Get Permission to Enter...
into Condemned T.C.H.S. School Bldg., to
Retrieve And Collect old Recyable Junk,
Before School is Demolished, By A New
Biding Construction, inc.;" Because I am
doing Junk Collection for Free, And Part
of Money is Going Back to A.T.C.H.S.
School Program; Biding doesn't Apply to me."
562 A. 2d 807 N.J. Super. Ct. App. 1988, Stano v. Soldo
Construction Co. 187 N.J. Super. 524 (App. Div.
1983), Not of bidden's P. Michelon & Sons....
From Lawn, 56 N.J. Super. 199, 201-202 (App. Div.
1959) And Id. [187 N.J. Super.] 7 At 535...
Twp. of Brick v. Spivak, 95 N.J. Super. 401-406.
(App. Div. 1967) Affm'd 49 N.J. 400 (1967) See...
Also Hancock v. Bd. of Review, 46 N.J. Super.
48, 421 (App. Div. 1957) State Biding doesn't
Apply to me, So That Trenton Bd. of Educ.
Order must Be Vacated And Reversed."

Pp ____ #____

## STATEMENT OF THE CASE . . . . . "

For Several Weeks, I had Filed Several Writ of Petitions to Seek LEGAL Consent And . . Permission to Enter into T.C.H.S. School. . . . With Several STATE OF N.J. County of mercer city of Trenton And Trenton Bd. of Education, But these Corps had UNCONSTITUTIONAL . . . Denied my REQUESTS, AS well AS too . . Violating my Constitutional Rights . . ." DUE Process And EQUAL Protection of Law.

"That's why I Plan to File Several Government . . . STATE, County, And City of Trenton Civil torts . . As well As filing Several Federal Complaints . . with U.S. President, U.S. HUD SECRETARY, U.S. EDUCATION Secretary, And U.S. Labor Seaty, W.H. COUNSEL, U.S. A.G. N.J. GOVERNOR, . . . , N.J. Civil Service, And Federal Court until . . I AM Rightfully GRANTED And Given . . . LEGAL Permission to ENTER into T.C.H.S., " Under Authority of Cases:
· CARNEY, INC. V. City of Trenton, 562 A.2d. 807, N.J. App.
· P. Michelotti & Sons V. Fair Lawn, 56 N.J. Supra. 199 (1959)
· Twp. of BRICK V. SPIVAK, 95 N.J. Super. 401/406 App. Div. 1967,
· HANCOCK V. Bd. of Review, 46 N.J. Super. 418, 421 A.D. (1957)
· EDWARD J. ROOE, INC. V. The Bd. OF EDUC. OF E. ORANGE,
·
·

Pp. ___ #

# SUMMARY OF ARGUMENT

The T.B.E. And S.D.A. employee Corps. --
did ERRORed in Failing to GRANT me. --
Permission to Enter into T.C.H.S. Bldg. --
Because By me, collecting old Junk For. --
Free, N.J. Biding doesnt Apply to me."

"S.D.A. And T.B.E. Corps did ERRORed. --
And Violated My Due Process, And Equal
Protection of Law, "Because I Am A Black,
Minority, And Not Biding to Demo Bldg."
I Am Not Tring to Demo. Any School. . . .
Bldg", only want Junk Recyables, And I
Am doing Work For Free, to Share. --
Profits with T.C.H.S. Program."

"ThereFore Any Public Biding to Demo A.
Bldg. doesnt Apply to me, Because I Am
Not Charging Any Price, I Am doing. .
Junk Collection For Free, But Trenton
Bd. Of Education And S.D.A. C.E.O is
Discriminating Against me, Mr. Barlow
Telling me That, My Request is Denied"
They Are UnConstitutional Forcing me
to Bid with other Contractors. Yes,
But My Arguement is That My Biding
Price is free But Only to Retrieve. --
And Collect old School Junk."

"I," CAN demonstrate A Reasonable
Probability of Eventual Success in
My Litigation Proceeding Trial...;
And I do have Proof of Burden...
Seeking my Reliefs, "To make " A "...
Prima Facie case showing A True...
Reasonable Probability That it will...
Prevail on The Merits;" Graceway Pham,
LLC -v- Perrigo Co. 722 F. Supp. 2d 566, 569-
70 (D.N.J. 2010); S & R Corp. v. Jiffy Lube int'l.
Inc., 968 F. 2d. 371, 379 (3d. Cir. 1992); At. & T.
Co. -v- Winback & Conserve Program inc 42 F.
3d. 1421, 1427 N. 8 (3d. Cir (1994); Fed. R. Civ. P.
65 (b)(1)(A); 11A Charles Alan Wright, Art. R.
Miller & Mary Kay Kane; Fed. Practice and
Procedure § 2951 at 253 (2d. Ed. 1995)...
The order is designed to Preserve The...
Status quo, until There is An opportunity
To hold A hearing on The Application
for A Preliminary injunction ...)
F. Supp. 2d 508 (D.N.J. 1999); L. Civ. R. 71.

"I am making A clear showing of...
Irreparable harm on An Application...
for A Preliminary "court" injunction,
415 U.S. 423, 439-40 (1974); § 5-2:1. (supra)
And Federal Rule 52 (A) And Fed. R. 65 (A)(2)

" Is it Right For A Governmental...
Unit      to Deny And Deprive...
Any Tax Payers of Budget Community...
Plan Project," That doesn't Cost The...
Public Residents or Tax Payers Not A dime...
Or Red Cent. "All" Contractor is doing,
Junk Collection Recyable For Free."

"And it's Not Like T.B.E. or S.D.A. is...
Paying to have T.C.H.S. Demolished out
Of Their own Pockets," using their own
Moneys to Pay For Demo. Protect...!!!
And They Are Even Being Paid For their work,"
By us, The N.J Tax Payers." of America,
State of N.J., County of America. And...
Capitol City of Trenton, New Jersey."

"Therefore I Am Emergent Moving to
Appeal Both S.D.A. And T.B.E. orders.
Before N.J. State Admin Law Judge...,
N.J. Mercer County Superior Court, N.J.
State Superior Court, Appellate Division
N.J. State Supreme Court, N.J. State
Governor's Office, U.S Supreme Court
As Well As To N.J. Tax Payers, That's Why
(Their) These Agency orders must be
Appealed, And Granted a Temp. Stay."
State order Must Be Overturned."

# CONCLUSION OF APPEAL

"Before Both N.J. State Appellate
Division Court And The N.J. State
Supreme Court of New Jersey....,
Please Kindly Grant My Urgent And
Emergent Application to Grant....
Me, Mr. Barlow, II, A Temp. Stay of....
T.B.E. And S.D.A. Non Bidding Orders
To Be Permitted to Enter into T.C.H.S.
Bldg, to Retrieve And Collect old junk
Before School is Demolished By A
Biding Contract Construction, Inc.
Who Has Not Yet Bidded to Demo School;"

"WhereFore Pursuant to N.J. State....
App. Div. Court Precedential Case of.
Citations: 562 A. 2d 807, 235 N.J. Super 372,
Carney, Inc. v. City of Trenton, 562 A.2d 807,
807, of (NJ) Local Public Contracts Laws.
N.J.S.A. 40A: 11-1, et seq. "Bidding Process.
doesn't Apply to me Because I am doing....
Free Work of Retrieving And Collecting
old Junk From T.C. H.S. School Bldg. For.
Free, And Giving half of Profits to, A....
T.C.H.S. School Student Program."

Pp. #

Your Honorable N.J. Judges I Should Not have to Legally Fight Against... T.B.E. And S.D.A. Corps For Some... Recyable(s) Junk "it's a Waste of thousand of Tax dollars on their Part," they are Just Trying to Keep Junts For their Business Buddies And That's Hud Discrimination And Labor Violations, Some one needs to Tell Them, That it's Better that they Try... to Settle with me, Because I am Not... Walking Away, "Junk Belongs to Tax Payers."

"And If I Recieve Any Notices Of Defense From, The State Of N.J." Attorney General's Office, About... Trying to stop me, from Retrieving... And Collecting Junk Trash In T.C.H.S." "I Am Going Straight to the News. Press, And to The World That N.J... Government is fighting me For.... School Junk," "If I See One.... Representation Letter From... N.J. State Attorney General, N.J. Mercer County Counsel, Or From... City Of Trenton Attorney, "I am Then... Going to N.J. Governor Christie. → Mercer County Exec. Brian Hughes, And Trenton Mayor Eric Jackson. →

P.p. ·    #

FOR THE FOREGOING REASONS, THIS (N.J.)...
HONORABLE COURT SHOULD HEREBY, GRANT.....
ME," MR. CLINTON C. BARLOW, III AN URGENT..
EMERGENT STAY.. OF. N.J.S.D.A., T.B.E...
AGENCY'S ORDERS THAT ARE NOT... LEGAL OF.
ENFORCEMENT. BECAUSE CONTRACT. BIDDING.
DOESN'T (NOT) APPLY TO ME, CARNEY V. TRENTON, ETAL.
562 A. 2d. 807, N.J. SUPER. COURT APP. DIV. 1988.

"ALL PARTIES WERE SERVED A COPY OF APPEAL,"

RESPECTFULLY SUBMITTED...

MR. CLINTON C. BARLOW, III
N.J.H.I.C. CONTRACTOR....
P.O. BOX 2134, TRENTON, N.J.
08607

XCC/:
THE HON. N.J. GOVERNOR CHRIS CHRISTIE, ESQ.....
N.J. TRENTON BOARD OF EDUCATION, INC.,
N.J. SCHOOLS DEVELOPMENT AUTHORITY,
N.J. DEPT. OF COMMUNITY AFFAIRS BLDG. CODES,
N.J. TRENTON CITY MAYOR AND CITY COUNCIL,
THE HON. N.J. MERCER CO. EXEC. BRIAN M. HUGHES,
THE HON. U.S. PRESIDENT B. OBAMA, W.H....,
U.S. HUD SECRETARY OFC. OF CIVIL RIGHTS,.
U.S. ATTY. GENERAL, DEPT. OF JUSTICE, D.O.J.

"PROOF OF SERVICE"

Case 1:14-cv-07108-WJY-CCP Document 1 Filed 12/02/14 Page 41 of 41 PageID #: 41

"I," Clinton C. Barlow, III Hereby Declared...
That on Nov. 14, 2014 did Served a True...
Copy of Federal Civil Action injunction to All...
Named N.J. STATE And City of Trenton And...
Trenton School Bd. of Education employees...
My Alleges of Fed. Civil Rights, Breach of...
Contract, And unfair Bidding Process Writs...
That was Commited By Named defendants."

"All Parties Were Served...."

"I, Declared Under Federal Law..."

Encld. are Motions to Be Granted Fed....
Court informa Pauperis. To Waive my Court.
Cost(s). "Please File my Fed. Civil Action."

"Sincerely"

Chr C. Jr.

Mr. Clinton C. Barlow, III
P.O. Box 2134, Trenton,
N.J. 08607

Maipu Duran

MAIPU DURAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/14/2018

XCC., Encld. Exhibits "Atty For N.J. Governor"
C. N.J. STATE Atty General John Hoffman, & N.J.
C. N.J. Mercer County Counsel, ART. SYPEK. Jr. Somer,
C. N.J. Atty. David L. Minchello, for city of Trenton,
C. N.J. Atty. Kathleen Smallwood Johnson, for T.B.E.,
C. Hon. U.S. HUD Secretary, O-C-R,